**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                              **CRIMINAL ACTION NO. 2:07CR037-P-B**

**MICHAEL SCOTT BETTIS,**                                     **DEFENDANT.**

**ORDER**

This matter comes before the court upon the defendant's motion to continue the date upon which the defendant is to report to the Bureau of Prisons [12], currently set for September 17, 2007. After due consideration of the motion – there being no objection from the Government – the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendant's motion to continue his report date [12] is hereby **GRANTED**; therefore,

(2) The date upon which the defendant must report to the Bureau of Prisons is hereby extended from September 17, 2007 to October 22, 2007.

**SO ORDERED** this the 10th day of September, A.D., 2007.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE